# FRANCIS L. O'REILLY
### ATTORNEY AT LAW

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2022
```

**MEMO ENDORSED**

The Government is hereby ordered to inquire and disclose the mechanism (both hardware and software) through which Defendant may review the voluminous discovery in this case. The Government is further directed to report the findings in writing to the Court and Defendant by October 3, 2022.
The Clerk of Court is directed to terminate the motion at ECF No. 26.

Date: September 23, 2022  
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

September 22, 2022

Honorable Nelson S. Roman  
United States District Court  
300 Quarropas Street  
White Plains. NY 10601

Re:   United States v. Jared El Mujaahid  
      DK# 7:22CR234(NSR)

Dear Judge Roman:

      Please accept this letter as a request for a written order, a proposed draft of which is attached to this letter, authorizing the use of CJA funds to procure a laptop computer for the defendant in this case. The proposed order authorizes the purchase of a laptop computer, what software is necessary to run the computer, the manner in which the discovery material is loaded on to the computer, and the access that should be given to the defendant by the facility where he is incarcerated. Thank you for your consideration of the proposed written order of the Court.

Very truly yours,

/s/*Francis L. O'Reilly*  
Francis L. O'Reilly