UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JARED EL MUJAAHID,

    Defendant.

Case No. 22 Cr. 234 (NSR) -02

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2022

WHEREAS, the Court and the parties seek to ensure that defendant Jared El Mujaahid has meaningful access to review discovery and other case materials while detained at the Metropolitan Detention Center, Brooklyn ("MDC"); and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the MDC Brooklyn;

IT IS HEREBY ORDERED that

1. Mr. Mujaahid may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices;

2. Upon receipt of an acceptable laptop computer from counsel for Mr. Mujaahid, the Government shall (a) ensure that the laptop is appropriately "air gapped" and compatible with the MDC Brooklyn's security requirements; (b) load the laptop with the non-sensitive discovery in this case; and (c) deliver the laptop to the proper authorities at the MDC Brooklyn at a reasonable time deem appropriate;

3. The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

4. Bureau of Prisons personnel will provide Mr. Mujaahid with access to the Laptop Monday through Friday in the visiting room, for 15 hours per week;

5. This Order remains in effect until the trial in this matter is completed and a copy of

this Order shall be made available to the Unit Team/Floor where Mr. Mujaahid is housed;

6. Mr. Mujaahid shall execute an agreement setting forth his understanding that he may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case, that he shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not appointed to this case without an order of this Court, that he will not access or attempt to access the internet or any form of wireless communication, and that he will forfeit his right under this Order to use the Laptop, and that he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

7. Within forty-eight hours of MDC Brooklyn's receipt of the Laptop from the Government, Mr. Mujaahid shall receive access to the Laptop subject to the following conditions:

    a. Mr. Mujaahid will be brought to the visiting room upon his request to the unit officer Monday through Friday (with an effort to provide Mr. Mujaahid access on a business day basis);

    b. Mr. Mujaahid shall not have possession of any charging apparatus or cord that connects to the laptop.

Dated:      White Plains, New York
            October     5 , 2022

                                            SO ORDERED

                                            _____
                                            The Honorable Nelson S. Román
                                            United States District Court
                                            Southern District of New York