UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

JARED EL MUJAAHID,

             Defendant.

--------------------------------------------------------x

**ORDER**

22 Cr. 234-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ___Francis Lee O'Reilly___ is hereby ordered substituted
                                                            Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

_____James Neuman_____. Newly appointed counsel is directed to file a Notice of Appearance
        Attorney's Name

forthwith.

                                                        SO ORDERED.

                                                        NELSON S. ROMÁN,
                                                        UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
            October 28, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/28/2022
```