USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2023

**MEMO ENDORSED**

# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———
TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

September 15, 2023

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v El Mujaahid,* 22 Cr. 234-2 (NSR)

Your Honor:

The purpose of this letter is to request an Order, directing staff at the Metropolitan Detention Center and Bureau of Prisons to provide appropriate dental care to Jared El Mujaahid immediately.

As this Court may recall, during a court appearance on March 9, 2023, I mentioned that Mr. El Mujaahid was having issues obtaining necessary dental care. This Court mentioned then that the defense could submit a proposed Order, provided it was consistent with BOP regulations. Thereafter, I communicated with various employees of the MDC. Although the information I received was somewhat inconsistent or unclear, I came to understand that Mr. El Mujaahid needed multiple teeth to be extracted and replaced, but that he could not be placed on a national list for replacement until the extraction was performed. And for a period, Mr. El Mujaahid was reluctant to agree to the extraction without assurances as to the date of any possible replacement since he would be unable to chew food during the interim. Because of increasing pain, though, Mr. El Mujaahid eventually agreed to the extraction, which I believe occurred sometime in May or June.

Since the extraction occurred, Mr. El Mujaahid's condition has not improved. He continues to have severe pain throughout his gums and mouth and has great difficulty eating. Accordingly, he has repeatedly asked for additional care and beseeched the MDC to arrange for teeth replacement. If proper dental care could not be provided within the MDC, he has suggested that he be sent to an outside facility. My understanding is that he has filed numerous requests and administrative appeals. But he has yet to receive any indication when additional care will be

Hon. Nelson S. Roman
September 15, 2023
Page 2

forthcoming. It seems that there is an agreement that teeth replacement is, in fact, needed; but for whatever reason, no assurances can be given that such treatment will ever be provided, let alone when it might occur. In the meantime, his condition appears to be worsening.

      Accordingly, I ask that this Court direct the MDC to provide appropriate dental care – including teeth replacement – promptly. At a minimum, the MDC and and BOP should appear at a conference and give a full report about the status of Mr. El Mujaahid's dental care.

                                  Respectfully submitted,

                                  /s/
                              James E. Neuman

**Defense Counsel is directed to prepare and submit to the Court for review an order in accordance with Bureau of Prisons regulations to address the issue of Def. El Mujaahid's dental care. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 62.**

**Dated: September 15, 2023**

      **White Plains, NY**

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE