USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/19/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────X

UNITED STATES OF AMERICA,

        -against-

JARED EL-MUJAAHID,

        Defendant.

───────────────────────────────────────X

**ORDER**

22 Cr. 234-2 (NSR)

WHEREAS Bureau of Prisons' Program Statement 6400.03 sets forth procedures for providing comprehensive dental care to inmates, including, when necessary, dentures and teeth replacement,

IT IS HEREBY ORDERED THAT:

The legal department and medical staff at the Metropolitan Detention Center in Brooklyn, New York, shall produce to this Court a report, within seven days of the date of this Order, detailing: (1) the extent of dental care that has provided to Jared El-Mujaahid (BOP Number 87567-054) since June, 2022; (2) any dental care that is currently scheduled to be provided to Jared El-Mujaahid, particularly any dentures and teeth replacement; and (3) whether and why any requested dental care by Jared El-Mujaahid has not yet been provided or scheduled to date.

Dated: White Plains, NY
       September 19, 2023

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE